## DECLARATION OF LUIS ENRIQUE RODRIGUEZ

I, **LUIS ENRIQUE RODRIGUEZ**, state:

1. I am over eighteen years of age and make this Declaration based upon my own personal knowledge. I am competent to execute this Declaration. This Declaration is being given voluntarily. I have not been promised any benefit, coerced, or threatened in any manner in exchange for testimony in this Declaration.

2. I am employed by **UNIVISION RADIO FLORIDA, LLC** ("Univision") as a promotion technician.

3. I was hired by Univision on September 30, 2010. I have worked as a promotion technician throughout my employment with Univision.

4. As a promotion technician, I assist during promotional activities, primarily setting up tables, tents, prizes, and other promotional tools during outside events. Some events are hosted by a radio talent.

5. Nicolas Mestre has been my direct supervisor since August 2011. Prior to August 2011, I was supervised by Ramiro Maseda.

6. During my employment with Univision, I have been paid all my wages. I am not owed any wages.

7. During my employment with Univision, I have been paid all overtime hours that I worked. I am not owed any overtime amounts.

8. At all times during my employment, I knew that Univision had a policy requiring that I be paid all wages owed to me, as well as all overtime compensation for any time that I worked in excess of forty hours per workweek. With regards to my employment, Univision has fully followed this policy.

9. I am not aware of any Univision policy requiring me to work without recording my time. To the contrary, it is against Univision's policies for me to fail to report the time that I work, and it is against Univision's policies to inaccurately report the hours that I work. I have never been shorted for the time that I work, and I am paid for every hour of work that I perform.

10. During my employment, my hours have changed depending on the work that I perform per week.

11. As a promotion technician, I am required to review my time records with Mr. Mestre on a weekly basis to ensure that my hours worked are properly recorded. If I find any error in my time records, Mr. Mestre has corrected the time records to reflect the accurate time worked. I sign my time records every week to indicate that these time records are accurate.

12. I have been paid for each hour that I worked. I have received my regular rate of pay for each of the forty hours that I have worked in a workweek. I have received overtime pay of one and one-half my regular rate of pay for each hour that I have worked over forty hours in a workweek. There have not been any weeks when I was not paid for each and every hour that I worked, or not paid overtime for hours worked in excess of forty hours per week.

13. I do not know any promotion technician who is owed any regular or overtime pay.

14. I do not wish to join any class of plaintiffs in a lawsuit against Univision for alleged failure to pay overtime or wages.

15. I do not know of any current employee who wishes to join such a class.

- 3 -

16. Prior to signing this Declaration, I was fully provided with the opportunity to review it and make corrections. I verify that the information provided in this declaration is true and correct.

I have read the foregoing and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of February, 2013.

[Signed Spanish Translation and Certified Translator's Affidavit Attached]
_____
**LUIS ENRIQUE RODRIGUEZ**

MIADOCS 7250350 1

## DECLARACIÓN DE LUIS ENRIQUE RODRIGUEZ

Yo, **LUIS ENRIQUE RODRIGUEZ**, declaro que:

1. Soy mayor de dieciocho años y hago la presente declaración según conocimiento personal. Tengo competencia para hacerla. La hago de forma voluntaria. No se me prometió ningún beneficio, no se me obligó ni amenazó de forma alguna a cambio de dar mi testimonio en esta Declaración.

2. Soy empleado de **UNIVISION RADIO FLORIDA, LLC** ("Univision") y me desempeño como técnico de promoción.

3. Univision me contrató el 30 de septiembre de 2010 y durante el transcurso de mi empleo me desempeñé como técnico de promoción.

4. Como técnico de promoción, brindo asistencia en las actividades de promoción, principalmente la preparación de mesas, carpas, premios, y otras herramientas promocionales durante los eventos externos. Algunos eventos son conducidos por una persona importante de la radio.

5. Nicolas Mestre ha sido mi supervisor directo desde agosto de 2011. Antes de agosto de 2011, mi supervisor era Ramiro Maseda.

6. Durante mi empleo con Univision, se me pagaron todos los salarios. No se me adeuda ningún salario.

7. Durante mi empleo con Univision, se me pagaron todas las horas extras trabajadas. No se me adeuda ningún monto en concepto de horas extras.

8. En todo momento durante mi empleo supe que Univision tiene una política que obliga a que se me paguen todos los salarios que me corresponden y todas las compensaciones en concepto de horas extras por el tiempo trabajado que supere

las cuarenta horas semanales. Con respecto a mi empleo, Univision ha respetado plenamente esta política.

9. No tengo conocimiento de ninguna política de Univision por la cual yo deba trabajar sin dejar registro del tiempo. Por el contrario, va en contra de las políticas de Univision no informar el tiempo trabajado, y va en contra de las políticas de Univision informar erróneamente las horas trabajadas. Nunca se me pagó menos del tiempo trabajado, se me paga por cada hora que trabajo.

10. Durante mi empleo, mis horas han cambiado en función del trabajo realizado por semana.

11. Como técnico de promoción, es mi deber revisar mis registros de tiempo con el Sr. Mestre cada semana para asegurarme de que mis horas de trabajo están debidamente registradas. Si hubo algún error en los registros de tiempo, el Sr. Mestre los ha corregido de modo de reflejar el tiempo exacto trabajado. Firmo mis registros de tiempo cada semana para indicar que son exactos.

12. Se me ha pagado por cada hora trabajada. Se me ha pagado según mi tarifa regular por cada una de las cuarenta horas trabajadas en una semana laboral. He recibido el pago correspondiente a horas extras a razón de uno y medio el valor de mi tarifa regular por cada hora trabajada que excediera las cuarenta horas de una semana laboral. No hubo ninguna semana en la que no se me haya pagado por cada hora trabajada, o por cada hora extra trabajada que excediera las cuarenta horas semanales.

13. No conozco a ningún técnico de promoción a quien se le adeude algún pago correspondiente al horario regular de trabajo o a horas extras.

14. No quiero sumarme a ningún demandante en ninguna demanda contra Univision por supuesta falta de pago de horas extras o salarios.

15. No conozco ningún empleado actual que desee hacerlo.

16. Antes de firmar esta Declaración, se me brindó la oportunidad de revisarla y hacerle correcciones. Verifico que la información proporcionada en esta declaración es verdadera y correcta.

He leído lo anterior y declaro bajo pena de perjurio según las leyes de los Estados Unidos de América, que lo anterior es verdadero y correcto.

Realizada el día 15 de febrero de 2013.

LUIS ENRIQUE RODRIGUEZ

MIADOCS 7250350 1



# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me appeared Fabrice Di Giovanni, personally known to me to be the person signing the certification or having shown satisfactory evidence of identification and acknowledged to and before me that he certifies this to be a true and accurate translation into   Spanish   of the  two (2) Documents - "Univision Diaz Declaration of Luis Enrique Rodriguez" and "Univision Diaz Declaration of Jose Medel"

( 6 )   six   pages presented to him as a certified copy in   English  .

Witness my hand and official seal, this  16th  day of   February  , A.D. 2013

Fabrice Di Giovanni
MULTILINGUA PRODUCTIONS, CORP.
Federal I.D.: N° 45-5449795
743 Almeria Avenue, Suite 1
Coral Gables, Florida 33134

Notary Public
State of Florida

[Notary seal: LUZ STELLA CAMPUZANO, MY COMMISSION EXPIRES 12-17-2015, #EE 130582, NOTARY PUBLIC STATE OF FLORIDA]